UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wilmington Trust, National Association, not in its
individual capacity, but solely as trustee for MFRA Trust
2015-1

**Order Filed on July 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-22360 CMG

Adv. No.:

Hearing Date: 6/20/18 @ 9:00 a.m..

Judge: Christine M. Gravelle

In Re:
        John Perez Jr., Jacqueline A. Perez,

Debtors.

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: July 5, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  John Perez Jr., Jacqueline A. Perez
Case No:  17-22360 CMG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 16 Lilac Lane, Barnegat, NJ, 08005, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and James J. Cerbone, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of June 22, 2018, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2017 through June 2018 with $753.15 in suspense for a total post-petition default of $7,431.53 (7 @ $1,169.24 less suspense balance of $753.15)

It is further **ORDERED, ADJUDGED and DECREED** that a lump sum in the amount of $2,000.00 will be paid in a lump sum no later than June 30, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $5,431.53 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the debtor shall file a modified plan within twenty days of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume July 1, 2018, directly to Secured Creditor, Fay Servicing, LLC, 3000 Kellway Drive, Suite 150, Carrollton, TX 75006 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

**(Page 3)**
Debtor:  John Perez Jr., Jacqueline A. Perez
Case No:  17-22360 CMG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR
RELIEF FROM STAY

_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded

reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling

$531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief

is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-22360-CMG
John Perez, Jr.                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 1              Date Rcvd: Jul 05, 2018
                           Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2018.
db            +John Perez, Jr.,   16 Lilac Lane,   Barnegat, NJ 08005-1611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Daniel E Straffi    on behalf of Creditor Jacqueline  Perez bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
           iqsystems.com
          James J. Cerbone    on behalf of Debtor John  Perez, Jr. cerbonelawfirm@aol.com
          James J. Cerbone    on behalf of Creditor Jacqueline  Perez cerbonelawfirm@aol.com
          John R. Morton, Jr.    on behalf of Creditor   Hyundai Motor Finance, servicer for Hyundai Lease
           Titling Trust ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor   Wilmington Trust, National Association, not in
           its individual capacity, but solely as trustee for MFRA Trust 2015-1 kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor   Wilmington Trust, National Association, not in
           its individual capacity, but solely as trustee for MFRA Trust 2015-1 ecf@powerskirn.com
                                                                      TOTAL: 8