UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JAMES J. CERBONE, ESQUIRE- 4036
2430 HIGHWAY 34
BUILDING B, SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for Debtor

Order Filed on July 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN PEREZ

Case No.: 17-22360

Hearing Date: _____

Judge: Christine M Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: July 6, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

It is ORDERED that _____James J. Cerbone, Esquire_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered as set forth in applicant's *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee*.  The allowance shall be payable:

- ☑ Through the chapter 13 plan as an administrative priority.
- ❑ Outside the plan.

Local Form 14; revised May 23, 2002

United States Bankruptcy Court
District of New Jersey

In re:  
John Perez, Jr.  
    Debtor

Case No. 17-22360-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 06, 2018  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2018.  
db         +John Perez, Jr.,    16 Lilac Lane,    Barnegat, NJ 08005-1611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2018 at the address(es) listed below:  
           Albert    Russo    docs@russotrustee.com  
           Daniel E Straffi    on behalf of Creditor Jacqueline   Perez bktrustee@straffilaw.com,  
            G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep  
            iqsystems.com  
           James J. Cerbone    on behalf of Debtor John   Perez, Jr. cerbonelawfirm@aol.com  
           James J. Cerbone    on behalf of Creditor Jacqueline   Perez cerbonelawfirm@aol.com  
           John R. Morton, Jr.    on behalf of Creditor    Hyundai Motor Finance, servicer for Hyundai Lease  
            Titling Trust ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
           Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, National Association, not in  
            its individual capacity, but solely as trustee for MFRA Trust 2015-1 kmcdonald@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
           William M.E. Powers, III    on behalf of Creditor    Wilmington Trust, National Association, not in  
            its individual capacity, but solely as trustee for MFRA Trust 2015-1 ecf@powerskirn.com  
                                                                                                             TOTAL: 8