| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on April 18, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>John Perez, Jr.<br><br><br><br>Debtor(s) | Case No.: 17-22360 / CMG<br><br>Hearing Date: 04/17/2019<br><br>Judge: Christine M. Gravelle<br><br>Chapter:  13 |

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: April 18, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $16,056.00 paid to date

- Debtor(s) shall remit a lump sum payment of $930.00 to the Trustee by 4/1/2019

- Debtor(s) shall remit $1,114.00 per month to the Trustee for 38 months beginning 5/1/2019

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
John Perez, Jr.  
    Debtor

Case No. 17-22360-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 18, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.  
db          +John Perez, Jr.,    16 Lilac Lane,    Barnegat, NJ 08005-1611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:
       Albert   Russo     docs@russotrustee.com
       Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
       Daniel E Straffi     on behalf of Creditor Jacqueline   Perez bktrustee@straffilaw.com,
       G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
       osfs.com
       James J. Cerbone     on behalf of Debtor John  Perez, Jr. cerbonelawfirm@aol.com,
       cerbonejr83307@notify.bestcase.com
       James J. Cerbone     on behalf of Creditor Jacqueline   Perez cerbonelawfirm@aol.com,
       cerbonejr83307@notify.bestcase.com
       John R. Morton, Jr.     on behalf of Creditor   Hyundai Motor Finance, servicer for Hyundai Lease
       Titling Trust ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
       Jonathan C. Schwalb     on behalf of Creditor   Fay Servicing, LLC bankruptcy@friedmanvartolo.com
       Kevin Gordon McDonald     on behalf of Creditor   Wilmington Trust, National Association, not in
       its individual capacity, but solely as trustee for MFRA Trust 2015-1 kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
       William M.E. Powers, III     on behalf of Creditor   Wilmington Trust, National Association, not in
       its individual capacity, but solely as trustee for MFRA Trust 2015-1 ecf@powerskirn.com
                                                                                   TOTAL: 10