UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JAMES J. CERBONE, ESQUIRE- 4036
2430 HIGHWAY 34
BUILDING B, SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for Debtor

**Order Filed on April 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOHN PEREZ JR

Case No.: _____ 17-22360 _____

Hearing Date: _____

Judge: _____ Christine M Gravelle _____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
ORDERED.

**DATED: April 30, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

It is ORDERED that _____ James J. Cerbone, Esquire _____, the applicant, is allowed a

fee of $ _____ 400.00 _____ for services rendered as set forth in applicant's *Certification of*

*Debtor's Counsel Supporting Supplemental Chapter 13 Fee.*  The allowance shall be payable:

☑        Through the chapter 13 plan as an administrative priority.

❏        Outside the plan.

Local Form 14; revised May 23, 2002

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-22360-CMG
John Perez, Jr.                                                     Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 30, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
db             +John Perez, Jr.,    16 Lilac Lane,    Barnegat, NJ 08005-1611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Daniel E Straffi   on behalf of Creditor Jacqueline  Perez bktrustee@straffilaw.com,
          G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
          osfs.com
          James J. Cerbone   on behalf of Debtor John  Perez, Jr. cerbonelawfirm@aol.com,
          cerbonejr83307@notify.bestcase.com
          James J. Cerbone   on behalf of Creditor Jacqueline  Perez cerbonelawfirm@aol.com,
          cerbonejr83307@notify.bestcase.com
          John R. Morton, Jr.   on behalf of Creditor   Hyundai Motor Finance, servicer for Hyundai Lease
          Titling Trust ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Jonathan C. Schwalb   on behalf of Creditor   Fay Servicing, LLC bankruptcy@friedmanvartolo.com
          Kevin Gordon McDonald   on behalf of Creditor   Wilmington Trust, National Association, not in
          its individual capacity, but solely as trustee for MFRA Trust 2015-1 kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III   on behalf of Creditor   Wilmington Trust, National Association, not in
          its individual capacity, but solely as trustee for MFRA Trust 2015-1 ecf@powerskirn.com
                                                                                        TOTAL: 10