Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                                      Case No.:  17−22360−CMG
                                                      Chapter:  13
                                                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Perez Jr.
   11 Portsmouth Dr.
   Toms River, NJ 08757

Social Security No.:
   xxx−xx−0592

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/3/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 4, 2019
JAN: ckk

                                                                                   Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-22360-CMG
John Perez, Jr.                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 04, 2019
                              Form ID: 148             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db            +John Perez, Jr.,   11 Portsmouth Dr.,   Toms River, NJ 08757-6521
cr            +Fay Servicing, LLC,   85 Broad Street,   Suite 501,   New York, NY 10004-1734
cr            +Jacqueline Perez,   16 Liliac Lane,   Barnegat, NJ 08005-1611
cr            +Wilmington Trust, National Association,    ALDRIDGE PITE, LLP,   4375 Jutland Drive, Suite 200,
                P.O. Box 17933,   San Diego, CA 92177-7921
516886253     +CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
516886254      Fay Servicing,   PO Box 814609,   Dallas, TX 753814609
516886256     +Medical Payment Data,   Attn: Savit Enterprises,   46 West Ferris Street,
                East Brunswick, NJ 08816-2159
516886257     +Powers Kirn,   728 Marne Highway Suite 200,   Moorestown, NJ 08057-3128
517156692     +Wilmington Trust, National Association,,   Fay Servicing, LLC,   3000 Kellway Drive, Suite 150,
                Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2019 23:56:13      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2019 23:56:11      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: HY11.COM Oct 05 2019 03:48:00      Hyundai Motor Finance, servicer for Hyundai Lease,
                P.O. Box 20829,   Fountain Valley, CA 92728-0829
516886255     +EDI: HY11.COM Oct 05 2019 03:48:00      Hyundai Capital America,   10550 Talbert Avenue,
                Fountain Valley, CA 92708-6032
517104498     +EDI: HY11.COM Oct 05 2019 03:48:00      Hyundai Lease Titling Trust,   PO Box 20809,
                Fountain Valley, CA 92728-0809
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Daniel E Straffi    on behalf of Creditor Jacqueline  Perez bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              James J. Cerbone    on behalf of Debtor John  Perez, Jr. cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Creditor Jacqueline  Perez cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor   Hyundai Motor Finance, servicer for Hyundai Lease
               Titling Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor   Fay Servicing, LLC bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor   Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2015-1 kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor   Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2015-1 ecf@powerskirn.com
                                                                                              TOTAL: 10